Mark A. Feldman, State Bar No. 152476
Gustavo B. Mena Pacheco, State Bar No. 360764
FELDMAN & ASSOCIATES, INC.
11030 Santa Monica Blvd., Suite 109
Los Angeles, California 90025
Phone (310) 312-5401 Fax: (310) 312-5409
Email: mfeldman@feldmanandassoc.com
Email: bmena@feldmanandassoc.com
Attorneys for **AWI BUILDERS, INC.**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>KERI LEIGH McCREE and<br>CASEY JAMES McCREE,<br><br>    Debtors.<br><br>_____<br><br>AWI BUILDERS, INC., a California<br>corporation,<br><br>        Plaintiff,<br>    v.<br>KERI LEIGH McCREE and<br>CASEY JAMES McCREE,<br><br>        Defendants.<br>_____ | **Adv. Case No.:_____**<br>**CASE NO: 9:26-bk-10509-RC**<br><br>Chapter 7<br><br>**CORPORATE OWNERSHIP**<br>**STATEMENT PURSUANT TO FRBP**<br>**1007(a)(1) AND 7007.1, AND LBR 1007-4** |

**TO THE COURT AND TO ALL PARTIES IN INTEREST:**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1007-4 of the United States Bankruptcy Court for the Central District of California, the undersigned, counsel of record for Plaintiff AWI Builders, Inc. ("AWI"), a party to this adversary proceeding, certifies as follows:

1.  AWI Builders, Inc. is a corporation organized under the laws of the State of California.

-1-
**Corporate Ownership Statement**

2.

X    No publicly held corporation, and no other corporation, owns 10% or more of any class of AWI Builders, Inc.'s equity interests, and AWI Builders, Inc. has no parent corporation.

☐    The following corporation(s) directly or indirectly own(s) 10% or more of a class of AWI Builders, Inc.'s equity interests, and/or is a parent corporation of AWI Builders, Inc.: N/A

DATED: July 6, 2026        FELDMAN & ASSOCIATES, INC.

By: _____
Mark Feldman, Esq.
Gustavo Mena Pacheco, Esq.
Attorneys for **AWI BUILDERS, INC.**

-2-
**Corporate Ownership Statement**

## PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 11030 Santa Monica Blvd., Suite 109, Los Angeles, CA 90025. On July 6, 2026, I served the foregoing document described as **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) AND 7007.1, AND LBR 1007-4** as follows: ) as follows:

| | |
|---|---|
| David H. Chung<br>Renovo Law Group APC<br>111 N First Street, Suite 209<br>Burbank, CA 91502<br>david@macleanchung.com<br><br>*Attorney for Debtor TCR SERVICES, INC.* | David Keith Gottlieb<br>21650 W Oxnard Street, #500<br>Woodland Hills, CA 91367<br>dkgtrustee@dkgallc.com<br><br><br>*Trustee* |
| Daren M. Schlecter<br>Law Office of Daren M. Schlecter<br>10866 Wilshire Blvd., Suite 1270<br>Los Angeles, CA 90024<br>daren@schlecterlaw.com<br><br>*Attorney for Creditor SWIFT FINANCIAL, LLC* | *United States Trustee*<br>*915 Wilshire Blvd., Suite 1850*<br>*Los Angeles, CA 90017*<br>*ustpregion16.ndecf@usdoj.gov*<br><br><br>*U.S. Trustee* |
| | |

## 1. BY ELECTRONIC TRANSMISSION ONLY

[X] I sent the attached document by electronic mail to the address(es) above and to all addresses as contained in the PACER/ECF portal.

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/6/26 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David H Chung on behalf of Debtor Keri Leigh McCree: david@macleanchung.com, 2407187420@filings.docketbird.com; ecf@macleanchung.com; R47314@notify.bestcase.com

David H Chung on behalf of Joint Debtor Casey James McCree: david@macleanchung.com, 2407187420@filings.docketbird.com; ecf@macleanchung.com;R47314@notify.bestcase.com

Amy L Goldman (TR) marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com; ecf.alert+Goldman@titlexi.com

Rosemary Hong on behalf of Creditor Mechanics Bank bknotice@mccarthyholthus.com

Rosemary Hong on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com

United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov

**Corporate Ownership Statement**

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 7/6/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will
be completed no later than 24 hours after the document is filed:

Keri Leigh McCree, 295 Knoll Ridge Rd., Simi Valley, CA 93065 (Debtor)
Casey James McCree, 295 Knoll Ridge Rd., Simi Valley, CA 93065 (Debtor)
Amy L. Goldman, 633 W 5th Street, Suite 4000, Los Angeles, CA 90071 (chapter 7 trustee)

No Chambers Copy Per Courtroom Policies and Procedures

[X]    (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: July 6, 2026                                    _____
                                                              Adriana Hernandez

-4-
**Corporate Ownership Statement**