David A. Smyth  SBN 058339

Attorney at Law

Hookston Square

3478 Buskirk Ave. Suite 1000

Pleasant Hill, Ca 94523

Tel: (925) 788-4797

smythlaw@gmail.com

Attorney for Defendants

Keri Leigh McCree and Clay James McCree

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

In re

| | |
|---|---|
| KERI LEIGH McCREE | Ch 7 Case No.: 9:26-bk-10509-RC |
| CASEY JAMES McCREE, | Adv.  Pro.  No.: 9:26-ap-01026-RC |
| Debtors | |

_____/

| | |
|---|---|
| AWI BUILDERS, INC., a | ANSWER TO COMPLAINT |
| California Corporation | Status Conference: 9/9/2026  9 am |
| Plaintiff, | 1415 State St., Crtrm 201 |
| | Santa Barbara, Ca 93101 |
| vs. | Hon. Ronald A Clifford III |
| KERI LEIGH McCREE and | No Trial Date |
| CASEY JAMES McCREE, | |
| Defendants. | |

_____/

The Defendant answers the Complaint by:

1. Admitting the allegations contained in paragraphs 1, 6, 7, 8, 10, 11, 12, 13, 14 and 15 of the Complaint.

ANSWER TO COMPLAINT - 1

2. Denying the allegations contained in paragraphs 2, 3, 4, 9, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 31, 32, 33, 37, 38 and 39 on the basis of lack of information or belief and/or on the basis of possible inaccurate and/or imprecise facts, implications, inferences and/or assumptions included in said paragraph.

3. Denying the allegations contained in paragraphs 5, 26, 28, 29, 30, 34, 35, 36, 40 and 41.

## AFFIRMATIVE DEFENSES

### 1. GOOD FAITH

The Debtors have provided the Bankruptcy Court with all the required information regarding their finances and their property to the best of their ability.  The various names associated with the Debtors business do not affect the value of the Debtors property or business operations or goodwill and all of such value has been disclosed in the documents filed with this Court.

**WHEREFORE** the Defendants prays that:

Plaintiff take nothing by its complaint and that the Defendants be awarded attorney's fees, costs and all other relief that the Court deems just.

Dated: July 27, 2026

s/David A. Smyth
DAVID A. SMYTH
Attorney for the Defendants
KERI LEIGH McCREE and
CASEY JAMES McCREE

ANSWER TO COMPLAINT - 2

## PROOF OF SERVICE

I, David A. Smyth, declare under penalty of perjury that:

At the time of service I was at least 18 years of age and not a party to this legal action.  My business address is 3478 Buskirk Ave. Suite 1000, Pleasant Hill, Ca 94523.  On July 27, 2026 I personally delivered true copies of this document ANSWER TO COMPLAINT by personally placing copies of said document in sealed envelopes, with postage prepaid with the U.S. Postal Service at Pleasant Hill, California addressed as follows:

Mark A. Feldman
Gustavo B. Mena Pacheco
Attorneys at Law
FELDMAN & ASSOCIATES, INC.
11030 Santa Monica Blvd., Suite 109
Los Angeles, Ca 90025
and by email
mfeldman@feldmanandassoc.com
bmena@feldmanandassoc.com

Dated: July 27, 2025

s/ *David A. Smyth*
DAVID A. SMYTH
Attorney for Defendants
KERI LEIGH McCREE and
CASEY JAMES McCREE

ANSWER TO COMPLAINT - 3