David A. Smyth  SBN 058339

Attorney at Law

Hookston Square

3478 Buskirk Ave. Suite 1000

Pleasant Hill, Ca 94523

Tel: (925) 788-4797

smythlaw@gmail.com


Attorney for Defendants

Keri Leigh McCree and Clay James McCree

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

In re


KERI LEIGH McCREE                    Ch 7 Case No.: 9:26-bk-10509-RC

CASEY JAMES McCREE,              Adv.  Pro.  No.: 9:26-ap-01026-RC

      Debtors

—————————————/

AWI BUILDERS, INC., a                        ANSWER TO COMPLAINT
California Corporation                Status Conference: 9/9/2026  9 am
                                                1415 State St., Crtrm 201
      Plaintiff,            Santa Barbara, Ca 93101

vs.                                                   Hon. Ronald A Clifford III


KERI LEIGH McCREE and                    No Trial Date

CASEY JAMES McCREE,

      Defendants.

—————————————/

    The Defendant answers the Complaint by:

1. Admitting the allegations contained in paragraphs 1, 6, 7, 8, 10, 11, 12, 13, 14 and 15 of the Complaint.

ANSWER TO COMPLAINT - 1

2. Denying the allegations contained in paragraphs 2, 3, 4, 9, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 31, 32, 33, 37, 38 and 39 on the basis of lack of information or belief and/or on the basis of possible inaccurate and/or imprecise facts, implications, inferences and/or assumptions included in said paragraph.

3. Denying the allegations contained in paragraphs 5, 26, 28, 29, 30, 34, 35, 36, 40 and 41.

## AFFIRMATIVE DEFENSES

**1. GOOD FAITH**

The Debtors have provided the Bankruptcy Court with all the required information regarding their finances and their property to the best of their ability.  The various names associated with the Debtors business do not affect the value of the Debtors property or business operations or goodwill and all of such value has been disclosed in the documents filed with this Court.

**WHEREFORE** the Defendants prays that:

Plaintiff take nothing by its complaint and that the Defendants be awarded attorney's fees, costs and all other relief that the Court deems just.

Dated: July 27, 2026

s/David A. Smyth
DAVID A. SMYTH
Attorney for the Defendants
KERI LEIGH McCREE and
CASEY JAMES McCREE

ANSWER TO COMPLAINT - 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Hookston Square  3478 Buskirk Ave. Suite 1000  Pleasant Hill, Ca 94523

A true and correct copy of the foregoing document entitled (*specify*): ANSWER TO COMPLAINT
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/29/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
  Amy L Goldman (TR)     marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com;
  ecf.alert+Goldman@titlexi.com
  David A Smyth     smythlaw@gmail.com, dsmyth2_@hotmail.com
  United States Trustee (ND)     ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __07/29/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
  Hon. Ronald A. Clifford III U.S. Bankruptcy Court Northern Division  1415 State Street  Santa Barbara, Ca 93101

  Mark A Feldman on behalf of Plaintiff AWI Builders, Inc. Feldman & Associates
  11030 Santa Monica Blvd Ste 109 Los Angeles, CA 90028

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __07/29/2026_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
  Mark A. Feldman, Attorney at Law   mfeldman@feldmanandassoc.com

  Gustavo B. Mena Pacheco, Attorney at Law  bmena@feldmanandassoc.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/29/2026 | DAVID A. SMYTH | s/ David A. Smyth |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**